**DEBTOR:**     Kevin L. Beard                              **CASE NO. 16-21163-PRW**
**ATTORNEY:**   John Costello, Esq.                         **ATTORNEY FEES:**     $2,800
                                                            **Additional Attorney Fees: $**

**I.     TRUSTEE RECOMMENDATION:** ___**X**___ Plan Recommended        _____ Plan Not Recommended

**II.    PLAN FILED DATE:**     10/21/16 (ECF BK No. 2)

    **A.     PAYMENTS:**                 $ 466.62      per bi-weekly wage order

    **B.     REPAYMENT:**
        To secured creditors        $28,094       with interest $44,647
        To priority creditors       $3,289
        To unsecured creditors      $ 979         100 %
        General unsecured debt      $ 979
        Duration of Plan            5             years
        Total Scheduled Debt        $ 39,054      incl. mortgages

    **C.     FEASIBILITY:**
        Monthly Income              $ 2,010.13    (net) $ 2,916.01      (gross)
        Less Estimated Expenses     $ 998.48
        Excess for Wage Plan        $ 1,011.65

    **D.     OBJECTIONS to Confirmation:  None.**

    **E.     Other comments:**
        ☐ risk factor 3 because of prior bankruptcies
        ☐ need judgments removed                       ☐ need mortgages eliminated
        ☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
        ☐ need certification of post petition DSO payments.      ☐ need proof of surrender efforts
        ☐ other:

**III.   TREATMENT OF SECURED CLAIMS/LEASE ARREARS: [Interest rate unless otherwise stated:     %]**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | $4,746.09 | R/P Taxes | Yes | Full + 0% | $75 |
| ATF | $4,477.53 | R/P Taxes | Yes | Full + 18% | $178 |
| ATF | $773.25 | R/P Taxes | Yes | Full + 0% | $15 |
| ATF | $698.28 | R/P Taxes | Yes | Full + 18% | $25 |
| City of Roch | $1,222.00 | R/P Taxes | Yes | Full + 12% | $185.64 |
| City of Roch | $906.89 | R/P Taxes | Yes | Full + 12% | $21.21 |
| City of Roch | $83.30 | Water Lien | Yes | Full + 12% | $15 |
| Monroe Co. Tress. | No Claim | R/P Taxes | Yes | $1,361.71 + 18% | $37.12 |
| Monroe Co. Treas. | No Claim | R/P Taxes | Yes | $540.91 + 18% | $14.75 |
| Propel | No Claim | R/P Taxes | Yes | $5,773.07 + 18% | $157.38 |
| Propel | No Claim | R/P Taxes | Yes | $101.79 + 18% | $15 |
| Tower DBWII | $6,921.81 | R/P Taxes | Yes | Full + 18% | $188.70 |
| Tower DBWII | $487.76 | R/P Taxes | Yes | Full + 18% | $13.30 |

- 1 -

IV.    **SPECIAL PLAN PROVISIONS:**

    A.    **CLASSIFICATION of unsecured creditors:** *Not applicable*
                **Class 1:**                              %  $
                **Class 2:**                              %  $
                **Class 3**                              %  $

    B.    **Rejection of executory contracts:**

    C.    **Other Plan Provisions:**


V.    **BEST INTEREST TEST:**
    A.    **All assets were listed.**
    B.    **Total market value of assets:**                **$ 53,467**
                **Less valid liens**            **$ 32,365**
                **Less exempt property**      **$ 18,786**
                **(Available for judgment liens )**
                **Subtotal**                  **$ 2,316**
                **Less est. Chapter 7 fees**    **$ 579**
    C.    **Total available in liquidation**           **$ 1,737**
    D.    **Best interests including present value**    **$ 2,168**
                **Less priority claims**        **$ 3,289**
                **(Support $            )**
    E.    **Amount due to unsecured**                **$ 0**
    F.    **Amount to be distributed to unsecured creditors**    **$ 979**

    G.    **Nature of major non-exempt assets:**


VI.    **OTHER:**
    A.    **Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.**
    B.    **Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.**
    C.    **(If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.**
    D.    **Debtor requests no wage order because:  _____ disability or retirement,  _____ self employed, _____ risk of job loss,  _____ other**
    E.    **Converted from Chapter 7 because: Non Applicable.**


                                     **/S/**_____
                                      **GEORGE M. REIBER, TRUSTEE**

Case 2-16-21163-PRW    Doc 17    Filed 12/28/16    Entered 12/28/16 11:53:41    Desc Main
Document    Page 2 of 2